# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-2198

_____

United States of America

*Plaintiff - Appellee*

v.

Robert Jevon Bean, also known as Shaq, also known as Willie Dash

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: October 16, 2024
Filed: October 29, 2024
[Unpublished]

_____

Before LOKEN, SMITH, and KOBES, Circuit Judges.

_____

PER CURIAM.

Robert Bean appeals after he pleaded guilty to drug and firearm offenses pursuant to a plea agreement that includes an appeal waiver. His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967),

challenging the sentence imposed by the district court.[1]  Bean has filed a supplemental brief challenging his conviction.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal.  See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).  To the extent Bean also raises an ineffective-assistance-of-counsel claim, we decline to review it because the record is not adequately developed.  See United States v. Ramirez-Hernandez, 449 F.3d 824, 826-27 (8th Cir. 2006).

We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.  Accordingly, we grant counsel's motion to withdraw, and we dismiss the appeal.

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.